# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSE SANCHEZ,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:16-cv-01081-SKO<br><br>**ORDER THAT PLAINTIFF FILE A WRITTEN STATEMENT SHOWING CAUSE WHY CASE SHOULD NOT BE DISMISSED OR THAT PLAINTIFF FILE AN OPENING BRIEF**<br><br>(Doc. 6) |

On July 26, 2016, Plaintiff, represented by counsel and *in forma pauperis*, filed the present action in this Court. (Doc. 1.) Plaintiff seeks review of the Commissioner's denial of her application for benefits. (Doc. 1.)

On January 17, 2017, Plaintiff filed a stipulation to enlarge the time in which to file her confidential letter brief to March 1, 2017, and that all other deadlines set forth in Scheduling Order (Doc. 6) be modified accordingly. (Doc. 14.) Pursuant to the Scheduling Order, Plaintiff's opening brief was due 30 days after Defendant's response to the confidential letter brief, or May 15, 2017. (*See* Doc. 6 at ¶6.)

On May 15, 2017, Plaintiff failed to file and serve her opening brief with the Court and on opposing counsel. (*See* Docket.) Plaintiff is, therefore, ordered to show cause, if any, why the action should not be dismissed for failure to comply with the Court's Scheduling Order. (Doc. 6).

| | |
|---|---|
| 1 | Alternatively, Plaintiff may file an opening brief. |
| 2 | Accordingly, it is HEREBY ORDERED that: |
| 3 | 1. By no later than **June 28, 2017**, Plaintiff shall **<u>either</u>**: |
| 4 | a. file a written response to this Order to Show Cause; **or** |
| 5 | b. file an opening brief that conforms with the requirements set forth in the |
| 6 | Scheduling Order. |
| 7 | **Failure to respond to this Order to Show Cause will result in dismissal of this action.** |

IT IS SO ORDERED.

Dated: **June 13, 2017**          /s/ *Sheila K. Oberto*
                          UNITED STATES MAGISTRATE JUDGE