PHILLIP TALBERT
United States Attorney
DEBORAH LEE STACHEL – CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
RICHARD M. RODRIGUEZ
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8926
    Facsimile: (415) 744-0134
    E-Mail: Richard.Rodriguez@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| ROSE SANCHEZ, | Case No: 1:16-CV-01081-SKO |
| Plaintiff, | STIPULATION and ORDER FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND FOR ENTRY OF JUDGMENT FOR PLAINTIFF |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of the Social Security Administration, | (Doc. 20) |
| Defendant. | |

    IT IS HEREBY STIPULATED, by and between Rose Sanchez (Plaintiff) and Nancy A. Berryhill, Acting Commissioner of Social Security (the Commissioner or Defendant), through their respective counsel of record, that this action be reversed and remanded for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four. On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new hearing and de novo decision. On remand, the Appeals Council will direct Administrative Law Judge to 1) re-evaluate the opinion evidence pursuant to 20 C.F.R. § 404.1527; 2) reevaluate Plaintiff's mental impairments pursuant to 20 C.F.R. § 404.1520a; 3) reassess Plaintiff's residual functional capacity pursuant to 20 C.F.R. § 404.1545; and obtain supplemental vocational expert evidence.

1

Respectfully submitted,

Dated: August 8, 2017

PHILLIP TALBERT
United States Attorney
DEBORAH LEE STACHEL,
Regional Chief Counsel, Region IX
Social Security Administration

By: /s/Richard M. Rodriguez
RICHARD M. RODRIGUEZ
Special Assistant U.S. Attorney

Attorneys for Defendant

Dated: August 8, 2017

/s/Kelsey Brown, Esq., CSBN 263109
By: Richard M. Rodriguez,
as authorized by email on August 8, 2017
KELSEY BROWN, ESQ.
Attorney for Plaintiff

## ORDER

Based upon the parties' Stipulation for Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) ("Stipulation for Remand") (Doc. 20), and for cause shown, IT IS ORDERED that the above-captioned action be REMANDED to the Commissioner of Social Security for further administrative proceedings consistent with the terms of the Stipulation for Remand.

The Clerk of the Court is hereby DIRECTED to (1) enter judgment in favor of Plaintiff Rose Sanchez and against Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, and (2) administratively close this file.

IT IS SO ORDERED.

Dated: **August 8, 2017**               /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE

2